Elliott, Admr., to use, *v.* McGrew et al., Appellants.
Simmons *v.* McGrew, Appellant.

304

Argued March 21, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

reargument refused May 22, 1944.

.

306

310

312

*Edward McGrew,* in propria persona, appellant, Nos. 34 and 70.

*William J. Kenney,* with him *Stewart & Lewis,* for appellee No. 34.

*William J. Kenney,* with him *James McGill Boyer* and *Stewart & Lewis,* for appellee No. 70.

PER CURIAM, April 11, 1944:

The final orders of the court below are affirmed on the opinions of President Judge ROWAND and Judge McDONALD; costs to be paid by appellant.